

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-22-00063-CV

Ivan De **HOYOS,**
Appellant

v.

**RTS FINANCIAL,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2021CVI000309D2
Honorable David E. Garcia, Judge Presiding

## O R D E R

On February 4, 2022 appellant filed a "notice of nonsuit" stating appellant "no longer desires to prosecute this appeal against Appellee and prays that this matter is nonsuited." Appellant's notice does not comply with Texas Rules of Appellate Procedure 42.1. Tex. R. App. P. 42.1. Among other things, appellant fails to include proof of service. *See* Tex. R. App. P. 9.5(d), 9.5(e). If appellant wishes to dismiss his appeal, he is **ordered** to file a motion that complies with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 9.5(d), 9.5(e) & 42.1.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court